## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| COMMONWEALTH OF PENNSYLVANIA, | : | No. 279 EAL 2020 |
|---|---|---|
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| v. | : | from the Order of the Superior Court |
| | : | |
| ODELL JOHNSON, | : | |
| Petitioner | : | |

| COMMONWEALTH OF PENNSYLVANIA, | : | No. 280 EAL 2020 |
|---|---|---|
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| v. | : | from the Order of the Superior Court |
| | : | |
| ODELL JOHNSON, | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of January, 2021, the Petition for Allowance of Appeal is **DENIED**.